# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Guam Industrial Services, Inc., | ) ASBCA No. 59075 |
| d/b/a Guam Shipyard | ) |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:

David J. Taylor, Esq.
  Montgomery Fazzone & Taylor PLLC
  Washington, DC

David B. Dixon, Esq.
  Buchanan Ingersoll & Rooney PC
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:

Ronald J. Borro, Esq.
  Navy Chief Trial Attorney
Stephanie Cates-Harman, Esq.
  Assistant Director
John Noel, Esq.
  Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 12 February 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59075, Appeal of Guam Industrial Services, Inc., d/b/a Guam Shipyard, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals